**2017–0062. State ex rel. Patterson v. Sloan.**
Ashtabula App. No. 2016-A-0018, 2016-Ohio-2902. Appellant has not filed a merit brief and therefore has failed to prosecute this cause with the requisite diligence. Cause dismissed.

**2017–0304. State ex rel. Bucher v. Stephens.**
Butler App. No. CA2017–02–024. On appellant's application for dismissal. Application granted. Cause dismissed.

*March 31, 2017*

**2017-Ohio-1176.]**

**In re Lewis.**
On motion for leave to lift vexatious-litigator sanctions. Motion denied.

**2016–1868. Trumbull Cty. Bar Assn. v. Bellew.**
Sua sponte, Timothy Eric Bellew, Attorney Registration No. 0067573, last known business address in Girard, Ohio, found in contempt for failure to file an affidavit of compliance on or before February 23, 2017.

**2016–1871. In re Resignation of Boston.**
Sua sponte, Shannon C. Boston, Attorney Registration No. 0068515, last known business address in Westerville, Ohio, found in contempt for failure to surrender his certificate of admission and file an affidavit of compliance on or before February 21, 2017.

**2017–0092. In re Pioch.**
Sua sponte, Susan Marie Pioch, Attorney Registration No. 0012533, last known business address in Toledo, Ohio, found in contempt for failure to file an affidavit of compliance on or before February 22, 2017.

*April 5, 2017*

**2017-Ohio-1238.]**

**2017–0341. Mahoning Cty. Bar Assn. v. Verkhlin.**
On certification of default. Mark Immanuel Verkhlin, Attorney Registration No. 0083203, suspended from the practice of law for an interim period.

**2017–0368. Fifth Third Bank v. Matthews.**
Montgomery App. No. 27124, 2017-Ohio-401. On appellants' application for dismissal. Application granted. Cause dismissed.